UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CMC TELECOM, INC and
GRID 4 COMMUNICATIONS, INC.,
    Plaintiffs,

No. 1:07-cv-319

-v-

HONORABLE PAUL L. MALONEY

MICHIGAN BELL TELEPHONE CO.,
et al.,
    Defendants.


## ORDER

Having conducted a *de novo* review of the issues raised in Plaintiffs' complaint, for the reasons provided in the accompanying opinion, this Court finds the Michigan Public Service Commission's Order does not violate federal law. Accordingly, Plaintiffs' complaint is **DISMISSED. IT IS SO ORDERED.**


Date:  August 28, 2009                         /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                       Chief, United States District Judge