UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CMC TELECOM, INC., et al.                 )
          Plaintiffs,                        )
                                  )   No. 1:07-cv-319
-v-                                       )
                                  )   HONORABLE PAUL L. MALONEY
MICHIGAN BELL TELEPHONE COMPANY,          )
et al.,                                   )
          Defendants.                        )
_____)

## ORDER REMANDING TO MICHIGAN PUBLIC SERVICE COMMISSION

As stipulated by the parties, the portion of Count One that challenged the Michigan Public Service Commission's decision in Case No. U-14975 is **REMANDED** to the Michigan Public Service Commission for entry of an order consistent with the Sixth Circuit Court of Appeals Opinion and Judgment in *CMC Telecom, Inc. v. Michigan Bell Tel. Co.*, 637 F.3d 626 (6th Cir. 2011).

Date:   September 9, 2011                    /s/ Paul L. Maloney
                                               Paul L. Maloney
                                             Chief United States District Judge