UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CMC TELECOM, INC., et al. )<br>      Plaintiffs, )<br>)<br>-v- )<br>)<br>MICHIGAN BELL TELEPHONE COMPANY, )<br>et al., )<br>      Defendants. )<br>_____) | No. 1:07-cv-319<br><br>HONORABLE PAUL L. MALONEY |

## ORDER REMANDING TO MICHIGAN PUBLIC SERVICE COMMISSION

As stipulated by the parties, the portion of Count One that challenged the Michigan Public Service Commission's decision in Case No. U-14975 is **REMANDED** to the Michigan Public Service Commission for entry of an order consistent with the Sixth Circuit Court of Appeals Opinion and Judgment in *CMC Telecom, Inc. v. Michigan Bell Tel. Co.*, 637 F.3d 626 (6th Cir. 2011).

Date:   September 9, 2011                                                   /s/ Paul L. Maloney
                                                                                                     Paul L. Maloney
                                                                                                     Chief United States District Judge